IN THE UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
Southern Division- Detroit

In the Matter of: Marcel Mays }
} Case No. 16-53658
}
} Chapter 13
}
Debtor(s) } Judge Oxholm

## Affidavit of Debtor(s)

I, Marcel Mays, state that I am not obligated to file tax returns. The last year I had to file a tax return was 1992.

I state that the above is a true statement.

Signed: _____

Printed: Marcel Mays

Dated:

October 13, 2016