Department of the Treasury - Internal Revenue Service
# Information Referral
*(See instructions on reverse)*

Use this form to report suspected tax law violations by a person or a business.

**CAUTION: READ THE INSTRUCTIONS BEFORE COMPLETING THIS FORM. There may be other more appropriate forms specific to your complaint. (For example, if you suspect your identity was stolen, use Form 14039.)**

## Section A – Information About the Person or Business You Are Reporting

Complete 1, if you are reporting an individual. Complete 2, if you are reporting a business only. Complete 1 and 2 if you are reporting a business and its owner.
*(Leave blank any lines you do not know.)*

| 1a. Name of individual | b. Social Security Number/TIN | c. Date of birth |
|---|---|---|
| Marcel Mays | 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 | 1-8-1967 |

| d. Street address | e. City | f. State | g. ZIP code |
|---|---|---|---|
| 18680 Santa Rosa Dr. | Detroit | Mi | 48221 |

| h. Occupation | i. Email address |
|---|---|
| | Marcel mays 67@ Yahoo. com |

j. Marital status *(check one, if known)*
☐ Married  ☑ Single  ☐ Head of Household  ☐ Divorced  ☐ Separated

k. Name of spouse

| 2a. Name of business | b. Employer Tax ID number (EIN) | c. Telephone number |
|---|---|---|
| Somerset Paving L.L.C | 20-8950968 | 734-646-9189 |

| d. Street address | e. City | f. State | g. ZIP code |
|---|---|---|---|
| 4567 Windswept dr | Milford | Mi | 48380 |

| h. Email address | i. Website |
|---|---|
| | |

## Section B – Describe the Alleged Violation of Income Tax Law

3. Alleged violation of income tax law. *(Check all that apply.)*

| | | | |
|---|---|---|---|
| ☐ False Exemption | ☐ Unsubstantiated Income | ☐ Unreported Income | ☐ Failure to Withhold Tax |
| ☐ False Deductions | ☐ Earned Income Credit | ☐ Narcotics Income | ☐ Failure to File Return |
| ☐ Multiple Filings | ☐ Public/Political Corruption | ☐ Kickback | ☐ Failure to Pay Tax |
| ☐ Organized Crime | ☐ False/Altered Documents | ☐ Wagering/Gambling | ☑ Other *(describe in 5)* |

4. Unreported income and tax years
Fill in Tax Years and dollar amounts, if known *(e.g., TY 2010- $10,000)*

| TY | $ | TY | $ | TY | $ | TY | $ |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

5. Comments *(Briefly describe the facts of the alleged violation–Who/What/Where/When/How you learned about and obtained the information in this report. Attach another sheet, if needed.)*

Somerset Paving, L.L.C has grossly over stated my income by $ 19,929.00 on 2015 1099 misc.

6. Additional Information. Answer these questions, if possible. Otherwise, leave blank.
a. Are books/records available? *(If available, do not send now. We will contact you, if they are needed for an investigation.)*  ☐ Yes  ☐ No
b. Do you consider the taxpayer dangerous?  ☐ Yes  ☐ No
c. Banks, Financial Institutions used by the taxpayer

| Name | Name |
|---|---|
| Marcel Mays | |
| Street address | Street address |
| 18680 Santa Rosa | |
| City | State | ZIP code | City | State | ZIP code |

## Section C – Information About Yourself

*(We never share this information with the person or business you are reporting.)*
This information is not required to process your report, but would be helpful if we need to contact you for any additional information.

| 7a. Your name | b. Telephone number | c. Best time to call |
|---|---|---|
| Marcel Mays | 248-525-0315 | Any time |

| d. Street address | e. City | f. State | g. ZIP code |
|---|---|---|---|
| 18680 Santa Rosa | Detroit | Mi | 48221 |

Please print and send your completed form to: Internal Revenue Service
Stop 31313
Fresno, CA 93888